KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 W. Iron, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMY DEGENERES,                        )<br>                                                      )<br>                        Plaintiff,         )<br>                                                      )<br>vs.                                                 )<br>                                                      )<br>LOVE'S TRAVEL STOPS & COUNTRY  )<br>STORES, INC.,                                )<br>                                                      )<br>                        Defendant.      )<br>_____) | Case No. _____ |

## **COMPLAINT**

Plaintiff Amy Degeneres ("Amy"), for her cause of action against Defendant Sun Love's Travel Stops & Country Stores, Inc. ("Love's"), states and alleges as follows:

**Parties**

1. Amy is a resident of the State of Mississippi.

2. Love's is an Oklahoma Corporation, which may be served with process on its registered agent, The Corporation Company, Inc., at 112 S.W. 7th Street, Suite 3C, Topeka, KS 66603.

**Jurisdiction**

3. The Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the claim is in excess of $75,000.00.

**Venue**

4. Venue is proper within the District of Kansas pursuant to 29 U.S.C. § 1132(e)(2) because the acts complained of have occurred within the district.

**Allegations of Fact**

5. Amy is a 49-year-old woman who lives in McComb, Mississippi.

6. On January 22, 2019, Amy was traveling with her boyfriend through Belleville, Kansas on her way to Nebraska. They pulled into the Love's convenience store located at 1356 Old U.S. Highway 81 to get gas for their truck at about 11:30 a.m.

7. Amy went to step out of the truck to go inside the building, which was about twenty feet from the gas pump. As she stepped out of the truck, she fell and went straight down onto her ankle. Amy looked down at her ankle and knew at that point it was broken. Her boyfriend came over to her to try and help her up, but he was having trouble keeping himself from falling on the ice as well.

8. An employee of Love's called EMS. Amy and her boyfriend followed the EMS in their truck and trailer to the Republic County Hospital.

9. Amy was in an immense amount of pain and it was noted that Amy's right ankle was grossly deformed, and she had significant swelling medially and laterally. The hospital performed x-rays, which showed that her ankle had an acute trimalleolar fracture with posterior dislocation at the tibiotalar articulation. Amy was advised she would need surgery as soon as possible, so she was placed in a posterior splint and transferred to Salina Regional Health Center ("SRHC") in Salina, Kansas by private vehicle.

10. Amy's surgery was scheduled for the next morning. At that point, she rated her pain as an eight out of ten and noted some slight numbness to her toes and pain when she tried to move them. The x-rays that were taken of her ankle confirmed Republic County Hospital's diagnoses of a trimalleolar fracture with anterior translocation of the distal tibial segment and dislocation.

11. On January 23, 2019, Dr. Hawkes at SRHC performed an open reduction internal fixation right distal fibula, an open reduction internal fixation right distal tibia, a syndesmosis suture fixation left ankle, and a right ankle arthroscopy with debridement of cartilage and hematoma.

12. Amy was discharged later that evening with non-weightbearing instructions, DVT prophylaxis, pain medication, and strict elevation for three to five days. She was further instructed to use a cane or walker for balance and to follow-up with her orthopedic surgeon within the next seven to ten days.

13. Upon her discharge, Amy and her boyfriend traveled back home to Mississippi and Amy had a follow-up appointment on her ankle with her orthopedic surgeon, James Turner Brown with the University of Mississippi Medical Center on February 7, 2019.

14. Amy was on crutches and was not be able to put weight on the ankle for about 10 weeks. Amy was discharged from the University of Mississippi Medical Center with a plan of immobilization of her ankle by remaining in braces or a walking boot.

15. Amy continues to have pain, discomfort and reduced functioning of her ankle.

16. As a landowner, Love's had a legal duty to Amy, as an entrant and invitee on Love's property, to use reasonable care, which includes a duty to warn of dangerous conditions on its property.

17.     Love's breached its legal duty to Amy when it failed to warn her and other entrants of the dangerous condition on its property, specifically that of unsalted ice on the walkway between its gas pumps and the entrance of its building.

18.     The unsalted ice on the walkway between Love's gas pumps and the entrance of its building created an unreasonable risk that its invitees would fall and harm themselves and this condition is not the type of condition that an invitee would expect on the walkway of a frequently visited business.

19.     Love's also failed to exercise reasonable care to protect its invitees, including Amy, against this dangerous condition of its walkway between its gas pumps and the entrance of its building by failing to put up some type of sign or object that would have provided them with notice of the dangerous condition.

20.     Amy made a demand on Love's but did not receive a response to same.

**Theory of Recovery**

### COUNT I
### PREMISES LIABILITY

21.     Amy realleges and incorporates herein the allegations contained in paragraphs 1 through 20 above.

22.     Amy is entitled to damages arising from Love's failure to comply with its duty to prevent dangerous conditions, and to protect and warn her of dangerous conditions on its property.

WHEREFORE, Amy respectfully requests that the Court enter judgment in her favor and against Love's in an amount in excess of $75,000.00; that the costs of this action be assessed

against Love's; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

                      RESPECTFULLY SUBMITTED,

                      /s/ Larry G. Michel
                      Larry G. Michel          #14067
                      KENNEDY BERKLEY YARNEVICH
                      & WILLIAMSON, CHARTERED
                      119 West Iron Avenue, 7th Floor
                      P.O. Box 2567
                      Salina, KS 67402-2567
                      (785) 825-4674
                      lmichel@kenberk.com
                      ATTORNEYS FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY

Amy hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

                      /s/ Larry G. Michel
                      Larry G. Michel

## DESIGNATION OF PLACE OF TRIAL

Pursuant to D.Kan. Rule 40.2, Amy designates Topeka, Kansas as the place of Trial.

                      /s/ Larry G. Michel
                      Larry G. Michel