IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMY DEGENERES,<br><br>      Plaintiff,<br><br>v.<br><br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,<br><br>      Defendant. | Case No. 5:19-cv-04042-SAC-ADM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), plaintiff Amy DeGeneres and defendant Love's Travel Stops & Country Stores, Inc., by and through their respective undersigned counsel, hereby stipulate that this action and all claims asserted herein shall be dismissed **with prejudice**.

Plaintiff and Defendant further agree and stipulate that each party shall bear its own costs, fees, and expenses incurred in this action.

**STIPULATED AND AGREED:**

*/s/ Larry G. Michel*

_____
Larry G. Michel      KS #14067
KENNEDY BERKLEY YARNEVICH &
  WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
Tel: (785) 825-4674
Fax: (785) 825-5936
Email: lmichel@kenberk.com
*Counsel for plaintiff Amy DeGeneres*

**STIPULATED AND AGREED:**

*/s/ Jeffrey A. Kennard*

_____
Jeffrey A. Kennard        KS #16639
Joshana L. Offenbach      KS #23438
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut St., Suite 1950
Kansas City, MO  64106-2197
Tel:   (816) 268-9400
Fax:   (816) 268-9409
Email: jkennard@sakg.com
       joffenbach@sakg.com
*Counsel for defendant Love's Travel Stops & Country Stores, Inc.*